AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>Roy L. Jones and<br>Xavier Sean Boyd<br><br>*Defendant(s)* | Case No.   4:22-MJ-8161 SRW<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 9, 2022   in the county of   St. Louis   in the
Eastern   District of   Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2114 and 2 | Robbery of property of the United States |
| 18 U.S.C. 1704 and 2 | Stealing of keys of the U.S. Postal Service |
| 18 U.S.C. 2114 and 2 | Robbery of property of the United States |
| 18 U.S.C. 1704 and 2 | Stealing of keys of the U.S. Postal Service |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Jordan Tipton*
*Complainant's signature*

Jordan Tipton, Postal Inspector, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date:   06/15/2022

*Steve W*
*Judge's signature*

City and state:   St. Louis, Missouri

Honorable Stephen R. Welby, U.S. Magistrate Judge
*Printed name and title*