# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:22-MJ-8161-SRW |
| | ) |
| XAVIER SEAN BOYD, | ) |
| | ) |
|     Defendant. | ) |

## ENTRY OF APPEARANCE FOR THE DEFENDANT XAVIER SEAN BOYD

COMES NOW, attorney, Philip H. Dennis, and enters his appearance as Attorney for the Defendant.

Respectfully submitted,



Philip Dennis, #MO51557
Fed Bar #122458
Dennis Law Firm
222 Central Ave., Suite 1120
Clayton, MO 63105
(314) 371-7300
Fax (314) 371-7500
fiatman@earthlink.net
Attorney for Defendant