FILED

FEB 1 4 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1 4:22-CR-00381-MTS-JSD |
| ROY L. JONES, and<br>XAVIER SEAN BOYD, | ) ) ) ) |
| Defendants. | ) ) |

## FIRST SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 1, 2022, in St. Louis County, within the Eastern District of Missouri,

**XAVIER SEAN BOYD,**

the defendant herein, acting with another, robbed a person, to wit, Victim K.H., of property of the United States, that was in the lawful charge, control, and custody of such person, and in doing so put such person's life in danger by the use of a dangerous weapon, a firearm.

In violation of Title 18, United States Code, Section 2114(a).

### COUNT TWO

The Grand Jury further charges that:

On or about June 1, 2022, in St. Louis County, within the Eastern District of Missouri,

**XAVIER SEAN BOYD,**

the defendant herein, acting with another, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery of United States property, in violation of Title 18, United States Code, Section 2114(a), as alleged in Count One of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about June 1, 2022, in St. Louis County, within the Eastern District of Missouri,

**XAVIER SEAN BOYD,**

the defendant herein, acting with another, stole and purloined from Victim K.H., a key suited to locks adopted by the Postal Service and in use on authorized receptacles for the deposit of mail matter.

In violation of Title 18, United States Code, Section 1704.

## COUNT FOUR

The Grand Jury further charges that:

On or about June 9, 2022, in St. Louis County, within the Eastern District of Missouri,

**ROY L. JONES and XAVIER SEAN BOYD,**

the defendants herein, aiding and abetting each other and acting together, robbed a person, to wit, Victim J.R., of property of the United States, that was in the lawful charge, control, and custody of such person, and in doing so put such person's life in danger by the use of a dangerous weapon, a firearm.

In violation of Title 18, United States Code, Section 2114(a).

## COUNT FIVE

The Grand Jury further charges that:

On or about June 9, 2022, in St. Louis County, within the Eastern District of Missouri,

**ROY L. JONES and XAVIER SEAN BOYD,**

the defendants herein, aiding and abetting each other and acting together, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted

in a court of the United States, that is, robbery of United States property, in violation of Title 18, United States Code, Section 2114(a), as alleged in Count Four of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT SIX

The Grand Jury further charges that:

On or about June 9, 2022, in St. Louis County, within the Eastern District of Missouri,

**ROY L. JONES and XAVIER SEAN BOYD,**

the defendants herein, aiding and abetting each other and acting together, stole and purloined from Victim J.R., a key suited to locks adopted by the Postal Service and in use on authorized receptacles for the deposit of mail matter.

In violation of Title 18, United States Code, Section 1704.

## COUNT SEVEN

The Grand Jury further charges that:

On or about June 9, 2022, in St. Louis County, within the Eastern District of Missouri,

**ROY L. JONES and XAVIER SEAN BOYD,**

the defendants herein, aiding and abetting each other and acting together, robbed a person, to wit, Victim E.W., of property of the United States, that was in the lawful charge, control, and custody of such person, and in doing so put such person's life in danger by the use of a dangerous weapon, a firearm.

In violation of Title 18, United States Code, Section 2114(a).

## COUNT EIGHT

The Grand Jury further charges that:

On or about June 9, 2022, in St. Louis County, within the Eastern District of Missouri,

**ROY L. JONES and XAVIER SEAN BOYD,**

the defendants herein, aiding and abetting each other and acting together, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, robbery of United States property, in violation of Title 18, United States Code, Section 2114(a), as alleged in Count Seven of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT NINE

The Grand Jury further charges that:

On or about June 9, 2022, in St. Louis County, within the Eastern District of Missouri,

**ROY L. JONES and XAVIER SEAN BOYD,**

the defendants herein, aiding and abetting each other and acting together, stole and purloined from Victim E.W., a key suited to locks adopted by the Postal Service and in use on authorized receptacles for the deposit of mail matter.

In violation of Title 18, United States Code, Section 1704.

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JASON S. DUNKEL, #65886(MO)
Assistant United States Attorney