RECEIVED
SEP 23 2024
BY MAIL

Xavier Boyd Case: 4:22-cr-00381-MTS-JSI

Doc.#: 82

Dear Your Honor,

I want to start off by saying I appreciate you for giving me the opportunity to be able to write a letter to you. My name is Xavier Boyd, although you already know that. I was arrested at the age of 18, I had just graduated from Christian Brothers College High, & was on my way to college to attend UH-D (University of Houston-Downtown), to study Buisness & marketing so that afterwards I could start my Entreapnuership. Although that was put on hold for me, because I did make a very harsh life changing mistake, I just hope that I am showed mercy, even though my actions are violent that is not the person that I am, I tend to Irrationally make my decisions before thinking things through first. I still struggle with this, and thus I continue to work on it daily. While I have been away in Federal custody for 2 years, I have been taking advantage of my time wisely, by reading self help books & taking notes on them, for example reading books such as; Beginners guide to starting an LLC, Getting into Real Estate & House flipping books, mental books such as The Laws of human nature, The book of mastery, 48 Laws of Power, & etc. I want to come home & do the right thing. I am the oldest of my 3 little brothers which right now the oldest is 10, one of them is turning 2, and the other is turning 3 on my Sentencing Date in December. Judge I want to be in their lives & watch them grow & be able to teach them right from wrong, so they don't make my mistakes

I was brought up in a single parent home with my mother, but my grandparents also do take part in raising me & I feel they've done the best they could do for me, I love them & appreciate them dearly for not giving up on me.

Truthfully your honor I had no reason doing what I have done to get me here, I didn't know any better. I was young, & desperate, and dumb. I understand the consequences of my actions, but I feel I should just be given a second chance so that I can do right. Your honor I ask if you would understand that I was young & to give me another opportunity at life again, & and to make give you my word that I will make it my purpose to never come back. I don't know what you may sentence me to, or if you even have a number in your mind already, If I may suggest, I hope that maybe you could give me 84 months (7yrs), & I'll be out of your way. Hopefully you do read this letter, & take into consideration of everything that I have said, if you do than I thank you for taking the time too read & go over this. I appreciate it your Honor.

Sincerly,
Xavier Bard

Xavier Boyd
#5 Busler Dr.
Ste. Genevieve, MO
6370

RECEIVED
SEP 2 3 2024
BY MAIL

SAINT LOUIS MO 630
21 SEP 2024 PM 8 L



To My Judge Michael Schelp

111 South 10th St.
St. Louis, MO 63102

63102-112599