RECEIVED
DEC 11 2024
BY MAIL

4:22-cr-00381-MTS-JSD

12/6/24

Dear Your Honor,

    I know that the time for me to recieve my sentence is slowly but for surely approaching, and I understand that I sent out 2 letters a couple months ago. One of those letters being for a withdrawal, If I may reasure you that me sending that out had nothing to do with me being unregretful. In the heat of the moment once I left court I truthfully was in panic, & thought I was having a panic attack. [anxiety] So therefore I was scared & didn't know what to do. Everyday I sit in this jail locked up I regret everything, everyday. I regret the choices that I have made that have ended me in this position, I regret the fact that I have let down & disappointed so many people that thought & wanted better for me. So The fact that I cant be with my family, my mom, brothers, grandparents it eats me up inside, especially since I get sentenced on my little brothers birthday, I dont know if thats good or bad. Although Im not writing this letter so that you can feel bad, I'm writing so you can know that I am truly apologetic for causing so much trouble.

Sincerely
Xavier Boyd

Xavier Boyd
5 Basler Dr
Ste. Genevieve, MO
63670

RECEIVED
DEC 11 2024
BY MAIL

MAILED FROM
STE GENEVIEVE CO
DETENTION CENTER

SAINT LOUIS MO 630
8 DEC 2024 PM 7 L

Eastern District of Missouri
Federal Court Clerk
To My Judge Schelp
111 South 10th street
St.Louis, MO 63102

63102-112894